1  William M. Audet (CA117456)
   AUDET & PARTNERS, LLP
2  221 Main Street Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
4

5  Attorneys for Plaintiffs, Edward Calderon
6

7
              UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9

10

11 |  _____  )  Case No. 3:05-cv-03642-CRB
   |  IN RE: BEXTRA AND CELEBREX       )
12 |  MARKETING SALES PRACTICES AND    )  MDL NO. 1699
   |  PRODUCT LIABILITY LITIGATION     )  District Judge: Charles R. Breyer
13 |  _____ )
   |                                   )
14 |                                   )
   |  EDWARD CALDERON,                 )
15 |                                   )  **STIPULATION AND ORDER OF**
   |                   Plaintiffs,     )  **DISMISSAL WITH PREJUDICE**
16 |                                   )
   |           vs.                     )
17 |                                   )
   |  Pfizer Inc., et al.              )
18 |                   Defendants.     )
   |  _____ )
19

20     Come now the Plaintiff, EDWARD CALDERON, and Defendants, by and through the

21 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

23 fees and costs.

24

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | DATED: November 9, 2009        AUDET & PARTNERS, LLP

By: _____
        Counsel's Name
Attorneys for Plaintiff, Edward Calderon

DATED: Dec. 22, 2009         DLA PIPER LLP (US)

By: _____
        Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010          _____
                             Hon. Charles R. Breyer
                             United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**